UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America, | Criminal No. 19-cr-20741 |
| Plaintiff, | Honorable Laurie J. Michelson |
| v. | Violations: |
| Philandis E. Crutcher, | 18 U.S.C. § 924(c) |
| | 18 U.S.C. § 922(g)(1) |
| a/k/a "Philly Cokane" | 21 U.S.C. § 841(a) |
| Defendant. | |

**FILED**
DEC - 4 2019
U.S. DISTRICT COURT
FLINT, MICHIGAN

**FIRST SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**
**18 U.S.C. § 924(c) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

1. On or about November 27, 2018, in the Eastern District of Michigan, defendant, Philandis Crutcher, a/k/a "Philly Cokane," did knowingly and unlawfully possess a firearm, that is, a Smith & Wesson, Model M&P 15, semi-automatic rifle, and a Glock, Model 21, semi-automatic pistol, in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine as alleged in Count Three of this Indictment.

1

All in violation of Title 18, United States Code, Section 924(c).

## COUNT TWO
## 18 U.S.C. § 922(g)(1) - Possession of a Firearm by a Prohibited Person

2. On or about November 27, 2018, in the Eastern District of Michigan, defendant, Philandis Crutcher, a/k/a "Philly Cokane," after having been convicted of a crime punishable by a term of imprisonment exceeding one year, and knowing that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and unlawfully possess a firearm: a Smith & Wesson, Model M&P 15, semi-automatic rifle, and a Glock, Model 21, semi-automatic pistol, which were manufactured outside the State of Michigan and thus traveled in interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
## 21 U.S.C. § 841(a) - Possession with Intent to Distribute Cocaine

3. On or about November 27, 2018, in the Eastern District of Michigan, defendant, Philandis Crutcher, a/k/a "Philly Cokane," did knowingly and unlawfully possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a).

## **FORFEITURE ALLEGATION**

4. Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set forth in this Indictment, including but not limited to a Smith & Wesson, Model M&P 15, semi-automatic rifle, serial number TF23884, and a Glock, Model 21 Gen 4, semi-automatic pistol, serial number YUU977, and ammunition.

5. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third party;

   c. Has been placed beyond the jurisdiction of the Court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL
*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

*s/Anthony Vance*
ANTHONY VANCE
Chief, Branch Offices

*s/Blaine Longsworth*
BLAINE LONGSWORTH
Assistant United States Attorney

Dated: 12-4-19

4

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>19-cr-20741 |
|---|---|---|

**FILED**
DEC - 4 2019
U.S. DISTRICT COURT
FLINT, MICHIGAN

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☐ No | AUSA's Initials: |

**Case Title:** USA v. Philandis E. Crutcher, a/k/a "Philly Cokane"

**County where offense occurred:** Genesee

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
_✓_Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** 19-cr-20741       **Judge:** Laurie J. Michelson

☒ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 4, 2019
_____Date_____

s/Blaine T. Longsworth

BLAINE T. LONGSWORTH, AUSA
600 Church Street, Ste. 210, Flint, MI 48502
Phone: (810) 766-5177
Fax:   (810) 766-5427
E-Mail address: blaine.longsworth@usdoj.gov
Attorney Bar #: P55984

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.